FILED
2010 APR 27 PM 4:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOAN MARIE BOUCHER, Defendant. | ) | CR 10- CR 10 00416<br>I N D I C T M E N T<br>[29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets] |

The Grand Jury charges:

COUNTS ONE THROUGH SIX

[29 U.S.C. § 501(c)]

1. At all times relevant to this Indictment, Local 399 Staff Union was a "labor organization," as defined in Title 29, United States Code, Section 402(i), that engaged in an industry affecting commerce.

2. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOAN MARIE BOUCHER, while an employee and officer of Local 399 Staff Union, namely, Treasurer, knowingly embezzled and

stole, and unlawfully and willfully abstracted and converted to her own use, and the use of others, the following moneys, funds, property, and other assets of Local 399 Staff Union:

| COUNT | CHECK DATE | DEPOSIT DATE | CHECK NUMBER | AMOUNT |
|---|---|---|---|---|
| ONE | May 15, 2005 | May 25, 2005 | 24862 | $1,995.00 |
| TWO | July 13, 2005 | July 26, 2005 | 24885 | $2,055.00 |
| THREE | August 5, 2005 | August 19, 2005 | 24893 | $2,195.00 |
| FOUR | August 31, 2005 | September 8, 2005 | 24897 | $1,910.00 |
| FIVE | October 14, 2005 | October 14, 2005 | 5474 | $1,800.00 |
| SIX | November 10, 2005 | December 12, 2005 | 6427 | $1,890.00 |

A TRUE BILL

/S/

Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

Daniel S. Goodman, Asst. U.S. Atty
Deputy Chief, Criminal Division, FOR:

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Acting Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

AARON M. MAY
Assistant United States Attorney
Major Frauds Section